ORIGINAL

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

MARSHALL H. SILVERBERG #5111
Assistant U.S. Attorney

GABRIEL COLWELL
Special Assistant U.S. Attorney
PJKK Federal Bldg, Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 656-1374
Facsimile: (808) 656-1370
Email: gabriel.colwell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 13 2007

at 10 o'clock and 29 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> Jason R. Holmer, ) <br> ) <br> Defendant. ) <br> ) | CR. NO.: 06-00500 <br> SUPERSEDED INFORMATION <br><br> Citation No.: A 2245359/ H-10 |

SUPERSEDED INFORMATION

The United States Attorney charges that:

On or about the 1st day of September 2006 at Schofield Barracks, Hawaii, a place within the special maritime and territorial jurisdiction of the United States, in the District of Hawaii, Jason R. Holmer, defendant herein, operated a vehicle in a reckless manner a

violation of Hawaii Revised Statute __291-2__, a federal offense pursuant to Title 18, United States Code, Section 13.

DATED: __13 February 2007__, Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By_____
GABRIEL COLWELL
Special Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

U.S. v. __Holmer__
CR. No. __06-00500__
Citation No.: __A2245359/H-10__
SUPERSEDED INFORMATION

2